STATE of Missouri, Plaintiff/Respondent,

v.

Thomas M. TERBROCK,
Defendant/Appellant.

No. 69058.

Missouri Court of Appeals,
Eastern District,
Division One.

July 9, 1996.

William P. Grant, William S. Margulis, Margulis & Grant, P.C., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction following a bench trial for the class D felony, driving while intoxicated, §§ 577.010 and 577.023.3, RSMo 1994. The court sentenced him to the custody of the Missouri Department of Corrections for a period of three years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Paula Ann MARGASON, Appellant,

v.

TREASURER OF the STATE OF MISSOURI As Custodian of the Second Injury Fund, Respondent.

No. 69843.

Missouri Court of Appeals,
Eastern District,
Division One.

July 9, 1996.

Ronald A. Caimi, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Claimant appeals the denial of her claim for permanent total disability against the Second Injury Fund by the Labor and Industrial Relations Commission (Commission). We affirm. The findings of the Commission are supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).